Form oscmsdoc − oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−17870−CMG
          Chapter: 7
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lynn C Riley
   86 Three Bridge Road
   Shamong, NJ 08088

Social Security No.:
   xxx−xx−6458

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑    The Court having noted that the debtor filed a petition on April 18, 2019, and did not file the following documents:

   Summary of Assets/Liabilities and Stat Info − Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income (122A−1), Means Test Calculation (122A−2) − If Applicable, Stmt of Exemption From Presumption of Abuse (122A−1 Supp) − If Applicable, Schedules A/B,C,D,E/F,G,H,I,J,.

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 5/2/19 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 5/2/19.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Christine M. Gravelle on

Date: May 14, 2019
Time: 10:00am
Location: Courtroom 3
Address:   Clarkson S. Fisher Courthouse
          402 East State Street
          Trenton, NJ 08608−1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: April 22, 2019
JAN:

<u>Christine M. Gravelle</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Lynn C Riley  
      Debtor

Case No. 19-17870-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 22, 2019  
                        Form ID: oscmsdoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.  
db         +Lynn C Riley,   86 Three Bridge Road,   Shamong, NJ 08088-9562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2019 23:52:53     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                                                                        TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:  
              Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                               TOTAL: 2