UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on April 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lynn C Riley

Case No.: 19-17870-CMG

Chapter: 7

Judge: Gravelle

**ORDER ON THE APPLICATION TO HAVE THE
CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After considering the debtor's *Application to Have the Chapter 7 Filing Fee* Waived the court orders that the application is:

❏ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☑ **Denied.** The debtor must pay the $335 filing fee according to the following terms:

| You must pay ….. | On or before this date ….. |
|---|---|
| $ _____ 83.75 | 5/6/19 _____ (month/day/year) |
| $ _____ 83.75 | 5/22/19 _____ (month/day/year) |
| $ _____ 83.75 | 6/21/19 _____ (month/day/year) |
| $ _____ 83.75 | 7/22/19 _____ (month/day/year) |

Total: $ _____ 335.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❏  A hearing to consider the debtor's application will be held on _____ at _____ __M at:

Court address:       _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lynn C Riley  
    Debtor

Case No. 19-17870-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 22, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.  
db          +Lynn C Riley,    86 Three Bridge Road,    Shamong, NJ 08088-9562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:  
        Bunce Atkinson    bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 2